UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 04-510

JAMES E. FRANCIS, PLAINTIFF

v. **OPINION AND ORDER**

NAMI RESOURCES COMPANY, LLC, DEFENDANT

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Motion to Strike (Rec. No. 94) filed by the Defendant Nami Resources Company, LLC ("NRC").

On August 9, 2006, the Plaintiff James E. Francis filed a Motion to Compel (Rec. No. 85) in which he complained that NRC had failed to produce certain specific categories of documents. On August 30, 2006, Magistrate Judge J.B. Johnson granted the Plaintiffs' Motion and ordered NRC to "fully comply with all discovery requests served upon it by the Plaintiff on January 10, 2005." (Rec. No. 91).

With its current motion, NRC asks the Court to strike portions of Judge Johnson's August 30, 2006 Opinion and Order. NRC does not object to Judge Johnson's Order to the extent that it grants the Plaintiff's request for the specific categories of documents detailed in his August 9, 2006 Motion to Compel. However, NRC objects to the Order as too broad to the extent that it orders NRC to comply with all discovery requests served on it on January 10, 2005. NRC also objects to the Order to the extent that it contains Judge Johnson's personal opinions regarding oil and gas operators in general, the public's perception of attorneys and NRC's motivations.

In his response, Francis does not argue that he seeks any documents beyond those detailed in his August 9, 2006 Motion to Compel. Accordingly, the Court will modify the Magistrate Judge's August 30, 2006 Opinion and Order to the extent that it requires NRC to "fully comply with all discovery

requests served upon it by the Plaintiff on January 10, 2005." Instead, the Court will Order NRC to produce the categories of documents detailed in Francis's August 9, 2006 Motion to Compel.

As for any of Judge Johnson's personal opinions contained in the August 30, 2006 Opinion and Order, the Court sees no reason to strike those from the record. The Court will not rely upon those opinions in making any determinations with regards to this case.

Accordingly, the Court hereby ORDERS as follows:

1)   NRC's Motion to Strike (Rec. No. 94) is DENIED;

2)   the Magistrate Judge's Opinion and Order dated August 30, 2006 (Rec. No. 91) is hereby MODIFIED to require that NRC produce only the following categories of documents to the Plaintiff:

   a)   Production revenue reports for Plaintiff's wells;

   b)   Documents that show or support Defendant's calculations on the production reports (both past and current); and

   c)   documents supporting NRC's calculations regarding the expenses it claims that Plaintiff owes; and

3)   NRC shall arrange any documents previously produced by it to the Plaintiff or any documents it produces in accordance with this Opinion and Order according to the interrogatories or requests to which they are responsive.

Dated this 5th day of February, 2007.



**Signed By:**
*Karen K. Caldwell*
**United States District Judge**